IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No.: 09-38264-hdh13 |
| LIF ESMAEL MODABBERI, | § | |
| | § | (Chapter 13) |
| Debtor, | § | |

| | | |
|---|---|---|
| DALLAS UNLIMITED REAL ESTATE | § | |
| SOLUTIONS, INC., PROMPT | § | |
| PROFESSIONAL REAL ESTATE | § | |
| SERVICES, INC. and LIF MODABBERI | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | ADVERSARY NO. 09-03456-hdh13 |
| | § | |
| FIRST STATE BANK, MESQUITE | § | Removed from County Court at Law |
| | § | No. 1 for Dallas County, Texas |
| | § | Cause No. CC-09-03970-A |
| Defendant, | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on Plaintiffs' Motion to Remand will be held on February 16, 2010 at 1:30 p.m. (CDT), before the Honorable Harlin D. Hale, U.S. Bankruptcy Court, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242., in relation to Adversary Proceeding No. 09-03456-hdh.

    Respectfully submitted,

    **PAYMA, KUHNEL & SMITH, P.C.**
    4230 LBJ Freeway, Suite 121
    Dallas, Texas 75244
    Tel:    214-999-0000
    Fax:   214-999-1111

      /s/ Michael D. Payma
    Michael D. Payma
    TSBN: 00790560

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of January, 2010, a true and correct copy of the foregoing document has been served on the following by the method indicated:

Gregory Noschese
Munch Hardt Kopf & Haar, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
**Via Facsimile (214) 855-7584 and**
**Hand Delivery**

Thomas Powers
Bankruptcy Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062-2288
**Via C.M.R.R.**

                                        /s/    Michael D. Payma
                                       Michael D. Payma