Gregory Noschese
Texas Bar No. 00797164
Jonathan L. Howell
Texas Bar No. 24053668
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR
FIRST STATE BANK, MESQUITE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 09-38264-HDH |
| LIF ESMAEL MODABERRI, | § | |
| | § | (Chapter 13) |
| Debtor. | § | |
| | § | |
| | § | |
| LIF ESMAEL MODABERRI, DALLAS | § | |
| UNLIMITED REAL ESTATE SOLUTIONS, | § | |
| INC., PROMPT PROFESSIONAL REAL | § | |
| ESTATE SERVICES, INC., | § | |
| | § | |
| Plaintiffs, | § | Adversary Proc. No. 09-03456-HDH |
| | § | |
| v. | § | |
| | § | |
| FIRST STATE BANK, MESQUITE, | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to sections 102(1) and 342 of the Bankruptcy

Code and Bankruptcy Rules 2002, 9007, and 9010(b), the undersigned appear as counsel to First

State Bank, Mesquite ("FSB"), a party-in-interest in the above-captioned bankruptcy case and

defendant in the above-captioned adversary proceeding (the "Adversary Proceeding"), and

request that all notices given or required to be served in the Adversary Proceeding be served upon the following persons at the following address and that these persons be added to the mailing matrix in the Bankruptcy Case.  Munsch Hardt Kopf & Harr, P.C. hereby authorizes and agrees to accept service via e-mail.  All such notices should be addressed as follows:

> Gregory Noschese
> Jonathan L. Howell
> Munsch Hardt Kopf & Harr, P.C.
> 3800 Lincoln Plaza
> 500 N. Akard Street
> Dallas, Texas  75201-6659
> Telephone: (214) 855-7500
> Facsimile:  (214) 855-7584
> E-mail: gnoschese@munsch.com
> jhowell@munsch.com

**PLEASE TAKE FURTHER NOTICE** that the request set forth above includes the notices and all other papers mentioned or described in the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Federal Rules of Civil Procedure, without limiting the generality of the foregoing request, all orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper or document brought before or filed with the Court with respect to the Adversary Proceeding, whether formal or informal and whether filed, transmitted or conveyed by mail, overnight delivery, messenger, telephone, facsimile, e-mail or otherwise filed or made with regard to the above-referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of FSB: (i) to have final orders in noncore matters entered only after *de novo* review by a United States District Judge; (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (iii) to have the United States District Court withdraw the

reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest

jurisdiction or appropriate venue in any case, controversy, or proceeding related to this case; or

(v) of any other rights, claims, actions, defenses, setoffs, or recoupments to which FSB is or may

be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments FSB expressly reserves.  This Notice of Appearance and Request for Service of

Papers is not, and shall not be construed to be, a consent by FSB pursuant to 28 U.S.C. §

157(c)(2).

Dated:  March 12, 2010.

**MUNSCH HARDT KOPF & HARR, P.C.**

By:    /s/ *Jonathan L. Howell*
       Gregory Noschese
       Texas Bar No. 00797164
       Jonathan L. Howell
       Texas Bar No. 24053668
       3800 Lincoln Plaza
       500 N. Akard Street
       Dallas, Texas 75201-6659
       Telephone:  (214) 855-7500
       Facsimile:   (214) 855-7584

**ATTORNEYS FOR FIRST STATE BANK,
MESQUITE**

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on the 12th day of March, 2010, he caused true and correct copies of the foregoing to be served on all parties receiving notice through the Court's ECF system and on the following parties by U.S. First Class Mail, postage prepaid:

<u>Plaintiff's Counsel</u>:
Michael D. Payma
Payma, Kuhnel & Smith
4230 LBJ Freeway, Suite 121
Dallas, TX 75244


By: */s/ Jonathan L. Howell*
Jonathan L. Howell