

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed July 13, 2010**

---

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS UNLIMITED REAL ESTATE SOLUTIONS, INC., PROMPT PROFESSIONAL REAL ESTATE SERVICES, INC. and LIF MODABBERI | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | ADVERSARY NO. 09-03456-hdh13 |
| FIRST STATE BANK, MESQUITE | § § § | Removed from County Court at Law No. 1 for Dallas County, Texas Cause No. CC-09-03 970-A |
| Defendant, | § | |

**ORDER GRANTING PLAINTIFFS'
FIRST AMENDED MOTION TO REMAND**

On this day, came on to be considered Plaintiffs' First Amended Motion to Remand pursuant to Federal Rule Bankruptcy Procedure 1452(b) in the above styled and numbered cause. The Court, having considered the Motion, finds that Plaintiffs' First Amended Motion to Remand should be granted, because the grounds upon which this Court obtained jurisdiction (28 U.S.C. § 1334) and the basis for removal of the State Action to this Court are no longer valid. Specifically, due to dismissal of the Bankruptcy Action No.: 09-38264-hdh13, styled *In Re Lif Modabberi*, this case

should be remanded back of the State Court.  It is therefore,

**ORDERED** that the removed claims will be remanded to the County Court at Law No. 1 in Dallas County, Texas.  The Bankruptcy Clerk will provide a copy of this Order to the County Clerk of Dallas County, Texas.

###END OF ORDER###